PACK et al. v. THOMPSON.

(Circuit Court of Appeals, Ninth Circuit. May 24, 1915.)

No. 2537.

MINES AND MINERALS ☞38—MINING CLAIMS—PROCEEDINGS TO FORFEIT IN-
TEREST OF CO-OWNER—INJUNCTION.

A preliminary injunction *held* properly granted to restrain forfeiture
of the interest of a part owner of mining claims, under Rev. St. § 2324
(Comp. St. 1913, § 4620).

[Ed. Note.—For other cases, see Mines and Minerals, Cent. Dig. §§
87½–113; Dec. Dig. ☞38.]

Appeal from the District Court of the United States for the South-
ern Division of the Southern District of California; Benjamin F.
Bledsoe, Judge.

Suit in equity by E. Thompson against Thomas W. Pack, Stella
Schuler, and Joseph K. Hutchinson. From an order denying a motion
to dissolve a preliminary injunction, defendants appeal. Affirmed.

Charles W. Slack and Joseph K. Hutchinson, both of San Francisco,
Cal., for appellants.

R. P. Henshall, H. L. Clayberg, John B. Clayberg, and Welles Whit-
more, all of San Francisco, Cal., for appellee.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

MORROW, Circuit Judge. In the present suit the plaintiff prayed
for and obtained an injunction pendente lite restraining and enjoin-
ing the defendants from in any manner taking any steps towards for-
feiting the plaintiff's right, title, and interest in and to 44 certain placer
mining claims, particularly set forth and described in the complaint as
claims Nos. 1 to 31, inclusive, 48 to 50, inclusive, 67, 70, 73, 86, 92,
93, 113, 114, 130, and 218, situate upon Searles Borax Lake, San Ber-
nardino county, Cal.

All of such claims are included in the 175 claims involved in case
No. 2535, 223 Fed. 635, —— C. C. A. ——, and one thereof (claim
No. 70) is involved in case No. 2536, 223 Fed. 641, —— C. C. A. ——.
The complaint is based upon an alleged notice of forfeiture, dated
September 14, 1914, and served by the defendants upon the plaintiff,
wherein they claim to have expended the sum of $4,400 for assessment
work upon the claims for the year 1912, and they demand the payment
by the plaintiff to them of a contribution to the assessment work on
the claims alleged to amount to the sum of $550. The allegations of
the complaint are in all material respects similar to the allegations
of the complaint in case No. 2536, 223 Fed. 641, —— C. C. A. ——,
just decided.

For the reasons set forth in the opinion filed in that case, the de-
cree of the court below is affirmed.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes